# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-20194

SECURITY & CONTINUITY SERVICES LIMITED (UK),

       Plaintiff - Appellee

v.

SECURITY & CONTINUITY SERVICES LIMITED (US); JIMMY BRAD FOREMAN,

       Defendants - Appellants

United States Court of Appeals
Fifth Circuit

**FILED**

December 17, 2014

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Southern District of Texas
U.S.D.C. No. 4:12-CV-1308

Before STEWART, Chief Judge, and BARKSDALE and GRAVES, Circuit Judges.

PER CURIAM:*

       AFFIRMED. *See* 5th Cir. R. 47.6.

---

       * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.